UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER PEREZ,<br><br>    Petitioner,<br><br>  vs.<br><br>GRANT COUNTY WASHINGTON,<br><br>    Respondent. | NO.  CV-11-092-EFS<br><br>**ORDER DISMISSING PETITION** |

By Order filed April 11, 2011, the Court directed Mr. Perez to comply with the requirement that he provide a completed "certification" portion of the *in forma pauperis* application, ECF No. 5. Mr. Perez also failed to sign the application. A copy of the Order was sent to Mr. Perez at the Grant County Jail, but returned on April 19, 2011, with the notation, "No Longer in Custody." ECF No. 6. Mr. Perez has not kept the Court informed of his current address, complied with the filing requirements, or prosecuted this action further. Therefore, **IT IS ORDERED:** the Petition is **DISMISSED WITHOUT PREJUDICE** for failure to notify the District Court Executive regarding his change of address.

   **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Petitioner at his last known

///

//

/

ORDER DISMISSING PETITION -- 1

address, and close the file.

**DATED** this 19th day of May 2011.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2011\11cv92efs-5-19-dis.wpd